IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN LEE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV412-028 |
| EFFINGHAM COUNTY BOARD OF COMMISSIONERS; JIMMIE MCDUFFIE, In his official capacity as Sheriff of Effingham County; JEREMY SCOTT, Individually and in his official capacity; | ) |
| Defendants. | ) |

O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 48.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA